No. 1665, Misc. SCHACK v. FLORIDA. C. A. 5th Cir. Certiorari denied.

No. 1590, Misc. WENDELL v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *John G. Clancy* for petitioner. *Solicitor General Marshall* for the United States.

No. 1361, Misc. WHITTLESEY ET AL. v. UNITED STATES. C. A. D. C. Cir. Motion for leave to file amended petition granted. Certiorari denied. *Frank D. Reeves* and *Herbert O. Reid, Sr.,* for petitioners. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 110. NATIONAL WOODWORK MANUFACTURERS ASSOCIATION ET AL. v. NATIONAL LABOR RELATIONS BOARD, 386 U. S. 612;

No. 111. NATIONAL LABOR RELATIONS BOARD v. NATIONAL WOODWORK MANUFACTURERS ASSOCIATION ET AL., 386 U. S. 612;

No. 646. INDIANA & MICHIGAN ELECTRIC CO. v. FEDERAL POWER COMMISSION, 385 U. S. 972;

No. 1019. BERMAN v. BOARD OF ELECTIONS, CITY OF NEW YORK, ET AL., 386 U. S. 481;

No. 1034. STEWART ET AL. v. INDUSTRIAL COMMISSION OF ILLINOIS ET AL., 386 U. S. 683;

No. 1075. STICKLER v. TEHAN, SHERIFF, 386 U. S. 992;

No. 1409, Misc. ANDERSON v. UNITED STATES, 386 U. S. 1025. Petitions for rehearing denied.

No. 1014. WALKER v. ARKANSAS, 386 U. S. 682. Motion to present oral argument in support of rehearing and petition for rehearing denied.